ORIGINAL

RECEIVED
OCT 15 2019
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA                     REQUEST FOR HEARING

    - against –                                      1:19-mj-00793-RLM

EZHIL KAMALDOSS et al

-----------------------------------------------------------X

Kamaladoss Vetri Selvam, ex- defendant (herein "This ex -defendant") in this case hereby states:

Patrick Connor, a special agent with the United States Food and Drug Administration, the affiant of the Complaint (document #44), in order to create a falsehood in applying for arrest warrant, knowingly and intentionally made statements in that said Complaint, that the affiant Patrick Connor (1) knew were false or (2) would have known were false had he not recklessly disregarded the truth. And these false statements were material or necessary to the finding of the probable cause.

This ex-defendant voluntarily surrendered along with his United States Passport on 9/18/2019 and requested a probable cause hearing which was scheduled for 10/03/2019. Magistrate Judge denied bail on own recognizance, but few days before the probable cause hearing, on 09/26/2019 the Prosecution dismissed the criminal complaint that was against this ex-defendant. The Prosecution also dismissed the criminal complaint that was against three other co-defendants.

1. On pages 2 and 3 of the Complaint, affiant Patrick Connor alleges that this ex-defendant knowing and intentionally conspired with other defendants to illegally buy, possess and sell controlled substances.
- This ex-defendant DEMANDS that Patrick Connor submit evidence before this Court, that this ex-defendant **knew or aware** that co-defendants were allegedly illegally buying, possessing or selling controlled substances.
- Patrick Connor will not and cannot submit evidence, because this ex-defendant by himself or with any others, never illegally bought, possessed or sold controlled substances.
2. On paragraph 13 in the Complaint, in Page 9, affiant Patrick Connor states that " law enforcement agents have not regularly observed" this ex-

1

- defendant, " moving or supervising the movement of boxes that contain, or believed to contain drugs into the warehouse's loading dock or from loading dock to vehicles"
- This ex-defendant DEMANDS that Patrick Connor reveal the identity of those law enforcement agents, and this ex-defendant challenges Patrick Connor to submit even at least one evidence, that show this ex-defendant was even present at that said loading dock.
- Patrick Connor cannot reveal the identity of those law enforcement agents because they are fictitious, and Patrick Connor will not and cannot submit any evidence that this ex-defendant was even ever present in that loading dock because this ex-defendant has never been in any loading dock handling any shipments with any co-defendants.

(As per Complaint, along with numerous warrants from this Court, Patrick Connor and his investigative agencies allegedly have been almost continuously and intensively monitoring and recording the defendants, their lives, their emails, etc., etc., for nearly two years, and hence if his statements are true, it must not be any problem for Patrick Connor to submit the above demanded evidences. )

It is not impossible and definitely plausible for a dishonest and not credible Patrick Connor to 'create', or 'plant' or tamper evidences or coerce or bully an individual to testify at grand jury indictment and file false charges against this ex-defendant. Hence this ex-defendant requests that this court order this requested hearing before any grand jury indictment.

This ex-defendant's family has obtained loans against properties in the last two years. For the record, document for one loan is attached herein as Exhibit A.

Leading up to this requested hearing or Trial for any co-defendant, ( with legal representation, this ex-defendant will appear in the Trial to impeach Patrick Connor ) if any harm befalls this ex-defendant, or if this ex-defendant is shot by some drive-by shooting or killed by law enforcement by "mistake", or all too familiar law enforcement alibi of "self-defense" or " I feared for my life", the suspicion and blame must fall on dishonest and not credible federal ex-Army Command investigator agent Patrick Connor and his investigative agencies.

It is a serious crime to illegally buy, possess and sell controlled substances. But it is even MORE serious crime to file false affidavit and accuse innocent of a serious crime. Patrick Connor is guilty of this very serious crime and needs to be prosecuted and dealt according to law.

2

_____

Kamaladoss Vetri Selvam,

Ex-Defendant.

celwham@yahoo.com

3

Exhibit A

Bank Limited

STATEMENT OF ACCOUNT - HOUSING LOAN AS OF :   25/01/2018

| Borrower | | Co-Borrower : G ANNEPRICILLA |
|---|---|---|
| HOSEA WORLDWIDE EXPRESS | | Guarantor : |
| | | Flexi Linked Contract   0161028 |

| 1st Drawdown Date : | 12/01/2018 | Loan Date : | 12/01/2018 | Loan Period : | 120 months |
|---|---|---|---|---|---|
| Sanctioned Loan : | 6,130,000.00 | Builder : | LAP EQUITY | | |
| Int Scheme : | REDUCING BALANCE | Product : | HOME EQUITY | | |
| Int Rest : | @ MONTHLY REST | Int Type : | FLOATING RATE | | |
| | | Contract Status : | L | | |

## Lien Details

| Deal No | Product | Product | Customer Code | Customer Name | Request By | Marking Reason |
|---|---|---|---|---|---|---|
| | | | | | | |

## Draw Downs Released

| DrawDown # | Date | Total Amount | Amount Disbursed | Interest % | PV Reference | CHQ/DD No. |
|---|---|---|---|---|---|---|
| ATR167159 | 12/01/2018 | 5,936,066.00 | 5,886,642.88 | 10.75 | PC6170658 | |
| ATR167158 | 12/01/2018 | 120,000.00 | 120,000.00 | 10.75 | PC6170602 | |
| ATR167156 | 12/01/2018 | 66,734.00 | 66,734.00 | 10.75 | PC6170567 | |
| ATR167157 | 12/01/2018 | 7,200.00 | 7,200.00 | 10.75 | PC6170584 | |
| | Total | 6,130,000.00 | 6,080,576.88 | | | |

## PRE-EMI INTEREST & HL TRANSACTIONS

| Doc No | Doc Dt | Value Dt | Particulars | Debit | Credit | Balance | |
|---|---|---|---|---|---|---|---|
| J97462358 | 12/01/2018 | 12/01/2018 | PROCESSING FEES | 66,734.00 | 0.00 | 66,734.00 | ** |
| J97462358 | 12/01/2018 | 12/01/2018 | PROCESSING FEES | 0.00 | 66,734.00 | 0.00 | ** |
| J97462359 | 12/01/2018 | 12/01/2018 | CHOLA INSURANCE | 0.00 | 7,200.00 | 7,200.00CF | ** |
| J97462359 | 12/01/2018 | 12/01/2018 | CHOLA INSURANCE | 7,200.00 | 0.00 | 0.00 | ** |
| J97462360 | 12/01/2018 | 12/01/2018 | DPLI LIFE INSURANCE | 120,000.00 | 0.00 | 120,000.00 | ** |
| J97462360 | 12/01/2018 | 12/01/2018 | DPLI LIFE INSURANCE | 0.00 | 120,000.00 | 0.00 | ** |
| TBE00013N | 07/02/2018 | 07/02/2018 | PRINCIPAL LOAN SANCTIONED | 6,130,000.00 | 0.00 | 6,130,000.00 | ** |
| | | | Grand Total | 6,323,934.00 | 193,934.00 | 6,130,000.00 | |

## Amount For Which Payment Is Overdue

| Advance | 1 Month | 2 Months | 3 Months | 4 Months | Above 6Months |
|---|---|---|---|---|---|
| | | | | | |

Consumer Finance Division  
Finance Income Recognition Pattern

Date : 26/01/2018  
Page : Page 1 of 3

Deal No : ~~PB000~~  Deal Date : 12/01/2018  
Finance Amount : 6,130,000.00

Name : HOSEA WORLDWIDE EXPRESS  
Address : ~~[redacted]~~

Phone No : ~~[redacted]~~  
Mobile No : ~~[redacted]~~

Income Accrual - CRM Method

| Sl No | Instal Date | Instal Amt | Accrual Date | Accrual Amount | Balance | Perc(%) | Prp Recovered | O/S Balance | ROI |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/03/2018 | 83,576.00 | 07/03/2018 | 54,914.58 | 54,914.58 | 1.41 | 28,661.42 | 6,101,338.58 | 10.75 |
| 2 | 07/04/2018 | 83,576.00 | 07/04/2018 | 54,657.82 | 109,572.40 | 2.81 | 28,918.18 | 6,072,420.40 | 10.75 |
| 3 | 07/05/2018 | 83,576.00 | 07/05/2018 | 54,398.77 | 163,971.17 | 4.21 | 29,177.23 | 6,043,243.17 | 10.75 |
| 4 | 07/06/2018 | 83,576.00 | 07/06/2018 | 54,137.39 | 218,108.56 | 5.59 | 29,438.61 | 6,013,804.56 | 10.75 |
| 5 | 07/07/2018 | 83,576.00 | 07/07/2018 | 53,873.67 | 271,982.23 | 6.98 | 29,702.33 | 5,984,102.23 | 10.75 |
| 6 | 07/08/2018 | 83,576.00 | 07/08/2018 | 53,607.58 | 325,589.81 | 8.35 | 29,968.42 | 5,954,133.81 | 10.75 |
| 7 | 07/09/2018 | 83,576.00 | 07/09/2018 | 53,339.12 | 378,928.93 | 9.72 | 30,236.88 | 5,923,896.93 | 10.75 |
| 8 | 07/10/2018 | 83,576.00 | 07/10/2018 | 53,068.24 | 431,997.17 | 11.08 | 30,507.76 | 5,893,389.17 | 10.75 |
| 9 | 07/11/2018 | 83,576.00 | 07/11/2018 | 52,794.94 | 484,792.11 | 12.43 | 30,781.06 | 5,862,608.11 | 10.75 |
| 10 | 07/12/2018 | 83,576.00 | 07/12/2018 | 52,519.20 | 537,311.31 | 13.78 | 31,056.80 | 5,831,551.31 | 10.75 |
| 11 | 07/01/2019 | 83,576.00 | 07/01/2019 | 52,240.98 | 589,552.29 | 15.12 | 31,335.02 | 5,800,216.29 | 10.75 |
| 12 | 07/02/2019 | 83,576.00 | 07/02/2019 | 51,960.27 | 641,512.56 | 16.45 | 31,615.73 | 5,768,600.56 | 10.75 |
| 13 | 07/03/2019 | 83,576.00 | 07/03/2019 | 51,677.05 | 693,189.61 | 17.78 | 31,898.95 | 5,736,701.61 | 10.75 |
| 14 | 07/04/2019 | 83,576.00 | 07/04/2019 | 51,391.29 | 744,580.90 | 19.10 | 32,184.71 | 5,704,516.90 | 10.75 |
| 15 | 07/05/2019 | 83,576.00 | 07/05/2019 | 51,102.96 | 795,683.86 | 20.41 | 32,473.04 | 5,672,043.86 | 10.75 |
| 16 | 07/06/2019 | 83,576.00 | 07/06/2019 | 50,812.06 | 846,495.92 | 21.71 | 32,763.94 | 5,639,279.92 | 10.75 |
| 17 | 07/07/2019 | 83,576.00 | 07/07/2019 | 50,518.55 | 897,014.47 | 23.01 | 33,057.45 | 5,606,222.47 | 10.75 |
| 18 | 07/08/2019 | 83,576.00 | 07/08/2019 | 50,222.41 | 947,236.88 | 24.29 | 33,353.59 | 5,572,868.88 | 10.75 |
| 19 | 07/09/2019 | 83,576.00 | 07/09/2019 | 49,923.62 | 997,160.50 | 25.57 | 33,652.38 | 5,539,216.50 | 10.75 |
| 20 | 07/10/2019 | 83,576.00 | 07/10/2019 | 49,622.15 | 1,046,782.65 | 26.85 | 33,953.85 | 5,505,262.65 | 10.75 |
| 21 | 07/11/2019 | 83,576.00 | 07/11/2019 | 49,317.98 | 1,096,100.63 | 28.11 | 34,258.02 | 5,471,004.63 | 10.75 |
| 22 | 07/12/2019 | 83,576.00 | 07/12/2019 | 49,011.08 | 1,145,111.71 | 29.37 | 34,564.92 | 5,436,439.71 | 10.75 |
| 23 | 07/01/2020 | 83,576.00 | 07/01/2020 | 48,701.44 | 1,193,813.15 | 30.62 | 34,874.56 | 5,401,565.15 | 10.75 |
| 24 | 07/02/2020 | 83,576.00 | 07/02/2020 | 48,389.02 | 1,242,202.17 | 31.86 | 35,186.98 | 5,366,378.17 | 10.75 |
| 25 | 07/03/2020 | 83,576.00 | 07/03/2020 | 48,073.80 | 1,290,275.97 | 33.09 | 35,502.20 | 5,330,875.97 | 10.75 |
| 26 | 07/04/2020 | 83,576.00 | 07/04/2020 | 47,755.76 | 1,338,031.73 | 34.32 | 35,820.24 | 5,295,055.73 | 10.75 |
| 27 | 07/05/2020 | 83,576.00 | 07/05/2020 | 47,434.87 | 1,385,466.60 | 35.53 | 36,141.13 | 5,258,914.60 | 10.75 |
| 28 | 07/06/2020 | 83,576.00 | 07/06/2020 | 47,111.11 | 1,432,577.71 | 36.74 | 36,464.89 | 5,222,449.71 | 10.75 |
| 29 | 07/07/2020 | 83,576.00 | 07/07/2020 | 46,784.45 | 1,479,362.16 | 37.94 | 36,791.55 | 5,185,658.16 | 10.75 |
| 30 | 07/08/2020 | 83,576.00 | 07/08/2020 | 46,454.85 | 1,525,817.01 | 39.13 | 37,121.15 | 5,148,537.01 | 10.75 |
| 31 | 07/09/2020 | 83,576.00 | 07/09/2020 | 46,122.31 | 1,571,939.32 | 40.32 | 37,453.69 | 5,111,083.32 | 10.75 |
| 32 | 07/10/2020 | 83,576.00 | 07/10/2020 | 45,786.79 | 1,617,726.11 | 41.49 | 37,789.21 | 5,073,294.11 | 10.75 |
| 33 | 07/11/2020 | 83,576.00 | 07/11/2020 | 45,448.26 | 1,663,174.37 | 42.66 | 38,127.74 | 5,035,166.37 | 10.75 |
| 34 | 07/12/2020 | 83,576.00 | 07/12/2020 | 45,106.70 | 1,708,281.07 | 43.81 | 38,469.30 | 4,996,697.07 | 10.75 |

| # | Date | Amount | Date | Value | Balance | Rate | Value | Balance | % |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 07/04/2021 | 83,576.00 | 07/04/2021 | 43,709.58 | 1,885,230.65 | 48.35 | 39,866.42 | 4,839,342.65 | 10.75 |
| 39 | 07/05/2021 | 83,576.00 | 07/05/2021 | 43,352.44 | 1,928,583.09 | 49.46 | 40,223.56 | 4,799,119.09 | 10.75 |
| 40 | 07/06/2021 | 83,576.00 | 07/06/2021 | 42,992.11 | 1,971,575.20 | 50.57 | 40,583.89 | 4,758,535.20 | 10.75 |
| 41 | 07/07/2021 | 83,576.00 | 07/07/2021 | 42,628.54 | 2,014,203.74 | 51.66 | 40,947.46 | 4,717,587.74 | 10.75 |
| 42 | 07/08/2021 | 83,576.00 | 07/08/2021 | 42,261.72 | 2,056,465.46 | 52.74 | 41,314.28 | 4,676,273.46 | 10.75 |
| 43 | 07/09/2021 | 83,576.00 | 07/09/2021 | 41,891.62 | 2,098,357.08 | 53.82 | 41,684.38 | 4,634,589.08 | 10.75 |
| 44 | 07/10/2021 | 83,576.00 | 07/10/2021 | 41,518.19 | 2,139,875.27 | 54.88 | 42,057.81 | 4,592,531.27 | 10.75 |
| 45 | 07/11/2021 | 83,576.00 | 07/11/2021 | 41,141.43 | 2,181,016.70 | 55.94 | 42,434.57 | 4,550,096.70 | 10.75 |
| 46 | 07/12/2021 | 83,576.00 | 07/12/2021 | 40,761.28 | 2,221,777.98 | 56.98 | 42,814.72 | 4,507,281.98 | 10.75 |
| 47 | 07/01/2022 | 83,576.00 | 07/01/2022 | 40,377.73 | 2,262,155.71 | 58.02 | 43,198.27 | 4,464,083.71 | 10.75 |
| 48 | 07/02/2022 | 83,576.00 | 07/02/2022 | 39,990.75 | 2,302,146.46 | 59.04 | 43,585.25 | 4,420,498.46 | 10.75 |
| 49 | 07/03/2022 | 83,576.00 | 07/03/2022 | 39,600.30 | 2,341,746.76 | 60.06 | 43,975.70 | 4,376,522.76 | 10.75 |
| 50 | 07/04/2022 | 83,576.00 | 07/04/2022 | 39,206.35 | 2,380,953.11 | 61.07 | 44,369.65 | 4,332,153.11 | 10.75 |
| 51 | 07/05/2022 | 83,576.00 | 07/05/2022 | 38,808.87 | 2,419,761.98 | 62.06 | 44,767.13 | 4,287,385.98 | 10.75 |
| 52 | 07/06/2022 | 83,576.00 | 07/06/2022 | 38,407.83 | 2,458,169.81 | 63.05 | 45,168.17 | 4,242,217.81 | 10.75 |
| 53 | 07/07/2022 | 83,576.00 | 07/07/2022 | 38,003.20 | 2,496,173.01 | 64.02 | 45,572.80 | 4,196,645.01 | 10.75 |
| 54 | 07/08/2022 | 83,576.00 | 07/08/2022 | 37,594.94 | 2,533,767.95 | 64.98 | 45,981.06 | 4,150,663.95 | 10.75 |
| 55 | 07/09/2022 | 83,576.00 | 07/09/2022 | 37,183.03 | 2,570,950.98 | 65.94 | 46,392.97 | 4,104,270.98 | 10.75 |
| 56 | 07/10/2022 | 83,576.00 | 07/10/2022 | 36,767.43 | 2,607,718.41 | 66.88 | 46,808.57 | 4,057,462.41 | 10.75 |
| 57 | 07/11/2022 | 83,576.00 | 07/11/2022 | 36,348.10 | 2,644,066.51 | 67.81 | 47,227.90 | 4,010,234.51 | 10.75 |
| 58 | 07/12/2022 | 83,576.00 | 07/12/2022 | 35,925.02 | 2,679,991.53 | 68.73 | 47,650.98 | 3,962,583.53 | 10.75 |
| 59 | 07/01/2023 | 83,576.00 | 07/01/2023 | 35,498.14 | 2,715,489.67 | 69.65 | 48,077.86 | 3,914,505.67 | 10.75 |
| 60 | 07/02/2023 | 83,576.00 | 07/02/2023 | 35,067.45 | 2,750,557.12 | 70.54 | 48,508.55 | 3,865,997.12 | 10.75 |
| 61 | 07/03/2023 | 83,576.00 | 07/03/2023 | 34,632.89 | 2,785,190.01 | 71.43 | 48,943.11 | 3,817,054.01 | 10.75 |
| 62 | 07/04/2023 | 83,576.00 | 07/04/2023 | 34,194.44 | 2,819,384.45 | 72.31 | 49,381.56 | 3,767,672.45 | 10.75 |
| 63 | 07/05/2023 | 83,576.00 | 07/05/2023 | 33,752.07 | 2,853,136.52 | 73.18 | 49,823.93 | 3,717,848.52 | 10.75 |
| 64 | 07/06/2023 | 83,576.00 | 07/06/2023 | 33,305.73 | 2,886,442.25 | 74.03 | 50,270.27 | 3,667,578.25 | 10.75 |
| 65 | 07/07/2023 | 83,576.00 | 07/07/2023 | 32,855.39 | 2,919,297.64 | 74.87 | 50,720.61 | 3,616,857.64 | 10.75 |
| 66 | 07/08/2023 | 83,576.00 | 07/08/2023 | 32,401.02 | 2,951,698.66 | 75.70 | 51,174.98 | 3,565,682.66 | 10.75 |
| 67 | 07/09/2023 | 83,576.00 | 07/09/2023 | 31,942.57 | 2,983,641.23 | 76.52 | 51,633.43 | 3,514,049.23 | 10.75 |
| 68 | 07/10/2023 | 83,576.00 | 07/10/2023 | 31,480.02 | 3,015,121.25 | 77.33 | 52,095.98 | 3,461,953.25 | 10.75 |
| 69 | 07/11/2023 | 83,576.00 | 07/11/2023 | 31,013.33 | 3,046,134.58 | 78.13 | 52,562.67 | 3,409,390.58 | 10.75 |
| 70 | 07/12/2023 | 83,576.00 | 07/12/2023 | 30,542.46 | 3,076,677.04 | 78.91 | 53,033.54 | 3,356,357.04 | 10.75 |
| 71 | 07/01/2024 | 83,576.00 | 07/01/2024 | 30,067.37 | 3,106,744.41 | 79.68 | 53,508.63 | 3,302,848.41 | 10.75 |
| 72 | 07/02/2024 | 83,576.00 | 07/02/2024 | 29,588.02 | 3,136,332.43 | 80.44 | 53,987.98 | 3,248,860.43 | 10.75 |
| 73 | 07/03/2024 | 83,576.00 | 07/03/2024 | 29,104.37 | 3,165,436.80 | 81.19 | 54,471.63 | 3,194,388.80 | 10.75 |
| 74 | 07/04/2024 | 83,576.00 | 07/04/2024 | 28,616.40 | 3,194,053.20 | 81.92 | 54,959.60 | 3,139,429.20 | 10.75 |
| 75 | 07/05/2024 | 83,576.00 | 07/05/2024 | 28,124.05 | 3,222,177.25 | 82.64 | 55,451.95 | 3,083,977.25 | 10.75 |
| 76 | 07/06/2024 | 83,576.00 | 07/06/2024 | 27,627.30 | 3,249,804.55 | 83.35 | 55,948.70 | 3,028,028.55 | 10.75 |
| 77 | 07/07/2024 | 83,576.00 | 07/07/2024 | 27,126.09 | 3,276,930.64 | 84.04 | 56,449.91 | 2,971,578.64 | 10.75 |
| 78 | 07/08/2024 | 83,576.00 | 07/08/2024 | 26,620.39 | 3,303,551.03 | 84.73 | 56,955.61 | 2,914,623.03 | 10.75 |
| 79 | 07/09/2024 | 83,576.00 | 07/09/2024 | 26,110.16 | 3,329,661.19 | 85.40 | 57,465.84 | 2,857,157.19 | 10.75 |
| 80 | 07/10/2024 | 83,576.00 | 07/10/2024 | 25,595.37 | 3,355,256.56 | 86.05 | 57,980.63 | 2,799,176.56 | 10.75 |
| 81 | 07/11/2024 | 83,576.00 | 07/11/2024 | 25,075.96 | 3,380,332.52 | 86.70 | 58,500.04 | 2,740,676.52 | 10.75 |
| 82 | 07/12/2024 | 83,576.00 | 07/12/2024 | 24,551.89 | 3,404,884.41 | 87.33 | 59,024.11 | 2,681,652.41 | 10.75 |
| 83 | 07/01/2025 | 83,576.00 | 07/01/2025 | 24,023.14 | 3,428,907.55 | 87.94 | 59,552.86 | 2,622,099.55 | 10.75 |
| 84 | 07/02/2025 | 83,576.00 | 07/02/2025 | 23,489.64 | 3,452,397.19 | 88.54 | 60,086.36 | 2,562,013.19 | 10.75 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 87 | 07/05/2025 | 83,576.00 | 07/05/2025 | 21,860.31 | 3,519,617.14 | 90.27 | 61,715.69 | 2,378,505.14 | 10.75 |
| 88 | 07/06/2025 | 83,576.00 | 07/06/2025 | 21,307.44 | 3,540,924.58 | 90.82 | 62,268.56 | 2,316,236.58 | 10.75 |
| 89 | 07/07/2025 | 83,576.00 | 07/07/2025 | 20,749.62 | 3,561,674.20 | 91.35 | 62,826.38 | 2,253,410.20 | 10.75 |
| 90 | 07/08/2025 | 83,576.00 | 07/08/2025 | 20,186.80 | 3,581,861.00 | 91.87 | 63,389.20 | 2,190,021.00 | 10.75 |
| 91 | 07/09/2025 | 83,576.00 | 07/09/2025 | 19,618.94 | 3,601,479.94 | 92.37 | 63,957.06 | 2,126,063.94 | 10.75 |
| 92 | 07/10/2025 | 83,576.00 | 07/10/2025 | 19,045.99 | 3,620,525.93 | 92.86 | 64,530.01 | 2,061,533.93 | 10.75 |
| 93 | 07/11/2025 | 83,576.00 | 07/11/2025 | 18,467.91 | 3,638,993.84 | 93.33 | 65,108.09 | 1,996,425.84 | 10.75 |
| 94 | 07/12/2025 | 83,576.00 | 07/12/2025 | 17,884.65 | 3,656,878.49 | 93.79 | 65,691.35 | 1,930,734.49 | 10.75 |
| 95 | 07/01/2026 | 83,576.00 | 07/01/2026 | 17,296.16 | 3,674,174.65 | 94.23 | 66,279.84 | 1,864,454.65 | 10.75 |
| 96 | 07/02/2026 | 83,576.00 | 07/02/2026 | 16,702.41 | 3,690,877.06 | 94.66 | 66,873.59 | 1,797,581.06 | 10.75 |
| 97 | 07/03/2026 | 83,576.00 | 07/03/2026 | 16,103.33 | 3,706,980.39 | 95.07 | 67,472.67 | 1,730,108.39 | 10.75 |
| 98 | 07/04/2026 | 83,576.00 | 07/04/2026 | 15,498.89 | 3,722,479.28 | 95.47 | 68,077.11 | 1,662,031.28 | 10.75 |
| 99 | 07/05/2026 | 83,576.00 | 07/05/2026 | 14,889.03 | 3,737,368.31 | 95.85 | 68,686.97 | 1,593,344.31 | 10.75 |
| 100 | 07/06/2026 | 83,576.00 | 07/06/2026 | 14,273.71 | 3,751,642.02 | 96.22 | 69,302.29 | 1,524,042.02 | 10.75 |
| 101 | 07/07/2026 | 83,576.00 | 07/07/2026 | 13,652.88 | 3,765,294.90 | 96.57 | 69,923.12 | 1,454,118.90 | 10.75 |
| 102 | 07/08/2026 | 83,576.00 | 07/08/2026 | 13,026.48 | 3,778,321.38 | 96.90 | 70,549.52 | 1,383,569.38 | 10.75 |
| 103 | 07/09/2026 | 83,576.00 | 07/09/2026 | 12,394.48 | 3,790,715.86 | 97.22 | 71,181.52 | 1,312,387.86 | 10.75 |
| 104 | 07/10/2026 | 83,576.00 | 07/10/2026 | 11,756.81 | 3,802,472.67 | 97.52 | 71,819.19 | 1,240,568.67 | 10.75 |
| 105 | 07/11/2026 | 83,576.00 | 07/11/2026 | 11,113.43 | 3,813,586.10 | 97.81 | 72,462.57 | 1,168,106.10 | 10.75 |
| 106 | 07/12/2026 | 83,576.00 | 07/12/2026 | 10,464.28 | 3,824,050.38 | 98.08 | 73,111.72 | 1,094,994.38 | 10.75 |
| 107 | 07/01/2027 | 83,576.00 | 07/01/2027 | 9,809.32 | 3,833,859.70 | 98.33 | 73,766.68 | 1,021,227.70 | 10.75 |
| 108 | 07/02/2027 | 83,576.00 | 07/02/2027 | 9,148.50 | 3,843,008.20 | 98.56 | 74,427.50 | 946,800.20 | 10.75 |
| 109 | 07/03/2027 | 83,576.00 | 07/03/2027 | 8,481.75 | 3,851,489.95 | 98.78 | 75,094.25 | 871,705.95 | 10.75 |
| 110 | 07/04/2027 | 83,576.00 | 07/04/2027 | 7,809.03 | 3,859,298.98 | 98.98 | 75,766.97 | 795,938.98 | 10.75 |
| 111 | 07/05/2027 | 83,576.00 | 07/05/2027 | 7,130.29 | 3,866,429.27 | 99.16 | 76,445.71 | 719,493.27 | 10.75 |
| 112 | 07/06/2027 | 83,576.00 | 07/06/2027 | 6,445.46 | 3,872,874.73 | 99.33 | 77,130.54 | 642,362.73 | 10.75 |
| 113 | 07/07/2027 | 83,576.00 | 07/07/2027 | 5,754.50 | 3,878,629.23 | 99.48 | 77,821.50 | 564,541.23 | 10.75 |
| 114 | 07/08/2027 | 83,576.00 | 07/08/2027 | 5,057.35 | 3,883,686.58 | 99.61 | 78,518.65 | 486,022.58 | 10.75 |
| 115 | 07/09/2027 | 83,576.00 | 07/09/2027 | 4,353.95 | 3,888,040.53 | 99.72 | 79,222.05 | 406,800.53 | 10.75 |
| 116 | 07/10/2027 | 83,576.00 | 07/10/2027 | 3,644.25 | 3,891,684.78 | 99.81 | 79,931.75 | 326,868.78 | 10.75 |
| 117 | 07/11/2027 | 83,576.00 | 07/11/2027 | 2,928.20 | 3,894,612.98 | 99.89 | 80,647.80 | 246,220.98 | 10.75 |
| 118 | 07/12/2027 | 83,576.00 | 07/12/2027 | 2,205.73 | 3,896,818.71 | 99.94 | 81,370.27 | 164,850.71 | 10.75 |
| 119 | 07/01/2028 | 83,576.00 | 07/01/2028 | 1,476.79 | 3,898,295.50 | 99.98 | 82,099.21 | 82,751.50 | 10.75 |
| 120 | 07/02/2028 | 83,492.82 | 07/02/2028 | 741.32 | 3,899,036.82 | 100.00 | 82,751.50 | 0.00 | 10.75 |

Income Total: 3,899,036.82    6,130,000.00

Our Service Tax Registration Number is : AAACl1314GST